### (November 12, 1936.)

Tomoss Skzypek, as Administrator, etc., of Mary Skzypek, Deceased, Respondent, v. The Long Island Railroad Company, Appellant.— Plaintiff's intestate, while crossing defendant's railroad tracks, fell and came in fatal contact with a third rail that supplied power for the operation of defendant's trains. Defendant appeals from the judgment rendered in plaintiff's favor and from an order denying its motion to set aside the verdict and grant a new trial. On argument, judgment and order unanimously affirmed, with costs, on authority of *Skzypek* v. *Long Island Railroad Company* (245 App. Div. 309). Defendant is granted leave to appeal to the Court of Appeals. Lazansky, P. J., Carswell, Davis and Adel, JJ., concur; Hagarty, J., concurs on authority of that case although he adheres to his views expressed therein.

### (November 13, 1936.)

Rose B. Loeb, Respondent, v. Julien Loeb, Appellant.— On argument, order dated August 5, 1936, directing defendant to pay temporary alimony of $100 a week and counsel fee of $1,000, order dated August 14, 1936, denying motion for resettlement, and order dated September 15, 1936, directing defendant to pay $250 as counsel fee upon his appeal from the aforementioned orders affirmed, with ten dollars costs and disbursements, with leave to defendant to serve, within ten days from the entry of the order hereon, an answer by which he may at trial contest the question of alimony. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

### (November 16, 1936.)

M. F. Hickey Co., Inc., Appellant, v. Lothair H. Szerlip, Respondent, and Others, Defendants.— Motion for leave to appeal to the Appellate Division granted. Present — Young, Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of The City of New York Relative to Acquiring Title to Certain Real Property Required as an Addition to Flushing Meadow Park, in the Borough of Queens, City of New York. The City of New York, Respondent; Niacol Realty Corporation and Others, Appellants.— In view of the decision of the appeal herein (*post*, p. 633), decided herewith, the motion to dismiss the appeal is dismissed. Present — Lazansky, P. J., Young, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of Brooklyn Bar Association in Respect of Max Henry Salzer, an Attorney and Counselor at Law, Respondent.— During the pendency of disciplinary proceedings the respondent consented that his name be struck from the roll of attorneys. The official referee designated to hear and report having recommended that the consent be accepted, the respondent is disbarred and his name ordered to be struck from the roll of attorneys. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Petition of Queens County Bar Association in Respect of Thomas F. Tevlin, an Attorney and Counselor at Law.— Matter referred to Honorable Norman S. Dike, official referee, to hear and to report with his opinion. Present — Young, Hagarty, Johnston, Adel and Taylor, JJ.